Submitted May 6—decided June 1, 1965

### Marjorie D. Shippy *v.* Harold A. Shippy

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted, and the appeal is dismissed as of July 26, 1965, unless, before that date, the defendant files

the required printed briefs in this court in accordance with the provisions of the Practice Book.

*Robert E. Thorne,* for the appellee (plaintiff).

*Harold A. Shippy,* pro se, the appellant (defendant).